# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### FINAL JUDGMENT as to Defendant Youel C. Smith, III ONLY

**EDWARD G. MCDONOUGH,**

    Plaintiff,

vs.               **CASE NUMBER: 1:15-cv-1505 MAD/DJS**

**YOUEL C. SMITH, III, individually and as Special District Attorney for the County of Rensselaer, New York a/k/a TREY SMITH; RICHARD J. MCNALLY, JR., individually and as District Attorney for the County of Rensselaer, New York; KEVIN B. MCGRATH; JOHN F. BROWN; WILLIAM A. MCINERNEY; JOHN J. OGDEN; KEVIN F. O'MALLEY; DANIEL B. BROWN; ANTHONY J. RENNA; ALAN T. ROBILLARD; THE COUNTY OF RENSSELAER, NEW YORK,,**

    Defendants.

This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Smith's Motion to dismiss [Dkt. No. 96] is **GRANTED in its entirety**; it is further **ORDERED** that defendant Youel C. Smith, III is terminated from this action, all pursuant to the Memorandum-Decisions and Orders of the Honorable Judge Mae A. D'Agostino, dated September 30, 2016 [Dkt. No. 114], December 30, 2016 [Dkt. No. 121], and May 8, 2017 [Dkt. No. 142].

DATED: May 8, 2017

                                        CLERK OF COURT

                                        S/ Britney Norton
                                        Britney Norton
                                        Deputy Clerk